# UNITED STATES DISTRICT COURT
## for the
## Eastern District of California



FILED
MAR 1 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
v. )
) Case No. 1:17PO325 SAB
David W. Day )

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall abstain from the use and possession of alcohol and/or controlled substances unless in possession of a valid prescription given by a licensed medical doctor, medical marijuana is never authorized in federal court even if accompanied by a prescription;

(4) The defendant shall notify the Court and defendant's counsel of any change of address; and

5) The defendant shall attend AA classes (twice a week) provide monthly Report to Counsel.

(6) The defendant must appear at: U.S. District Court 2500 Tulare Street Fresno CA
   Place
   on July 12, 2018 at 10:00 am Before Judge Boone Ctrm 9.
   Date and Time

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 3/1/2018

X _____
Defendant's signature

Date: 3/1/2018

_____
Judicial Officer's Signature

U.S. Magistrate Judge Stanley A. Boone
Printed name and title